IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR29 |
| vs. | ORDER |
| LEONARD E. MEGEE, | |
| Defendant. | |

Before the court is the defendant's Motion to Continue Hearing on Motion to Suppress [17]. The government has no objection. Good cause being shown, the motion will be granted and the hearing on the Motion to Suppress [17] will be continued.

**IT IS ORDERED:**

1. That the defendant's Motion to Continue Hearing on Motion to Suppress [17] is granted; and

2. That the evidentiary hearing on the Motion to Suppress [17] is continued to **May 9, 2017** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

Dated this 12th day of April, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge