IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

LEONARD E. MEGEE,

                Defendant.

**8:17CR29**

**ORDER**

      Before the court is the government's unopposed Motion to Continue Hearing on Motion to Suppress [19]. The defendant has no objection. Good cause being shown, the motion will be granted and the hearing on the Motion to Suppress [14] will be continued.

      **IT IS ORDERED:**

      1. That the government's unopposed Motion to Continue Hearing [19] is granted; and

      2. That the evidentiary hearing on the Motion to Suppress [14] is continued to **May 23, 2017** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska. In the interest of justice, the time between today's date and May 23, 2017 is excluded from the speedy trial clock. The ends of justice outweigh the best interest of the public and defendant in a speedy trial, and the failure to grant a continuance would result in a miscarriage of justice.

      3. Since this is a criminal case, the defendant must be present, unless excused by the Court.

      4. New further extensions will be granted.

      Dated this 4th day of May, 2017.

                                          BY THE COURT:

                                          s/ F.A. Gossett, III
                                          United States Magistrate Judge