IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>LEONARD E. MEGEE,<br><br>              Defendant. | 8:17CR29<br><br>MOTION TO RESTRICT |

COMES NOW the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and moves this Court to restrict the Government's Brief in Response to Defendant's Motion to Reduce Sentence.

                                      UNITED STATES OF AMERICA, Plaintiff

                                      JOSEPH P. KELLY
                                      United States Attorney
                                      District of Nebraska

                               By:    s/ Michael P. Norris
                                       MICHAEL P. NORRIS (#17765)
                                       Assistant U.S. Attorney
                                       1620 Dodge Street, Suite 1400
                                       Omaha, NE 68102-1506
                                       Tel: (402) 661-3700
                                       Fax: (402) 661-3084
                                       E-mail: Michael.Norris@usdoj.gov

2

CERTIFICATE OF SERVICE

  I hereby certify that on July 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants:

    Leonard McGee #29949-047  Click here to enter text
    FCI Englewood
    9595 West Quincy Ave.
    Littleton, CO 80123


            s/ Michael P. Norris
            Assistant U.S. Attorney